**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-2076

JOYCE MCKENZIE,

Plaintiff - Appellant,

versus

CITY OF WHEELING; DEPARTMENT OF ECONOMIC AND
COMMUNITY DEVELOPMENT; CHIPPEWA HAZARDOUS
WASTE,

Defendants - Appellees.

Appeal from the United States District Court for the Northern
District of West Virginia, at Wheeling. Frederick P. Stamp, Jr.,
District Judge. (CA-03-153-5)

Submitted: May 27, 2005          Decided: June 17, 2005

Before WILKINSON, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Peter M. Suwak, Washington, Pennsylvania, for Appellant.
Rosemary J. Humway-Warmuth, City Solicitor, Wheeling, West
Virginia; Mark A. Bramble, KESNER, KESNER & BRAMBLE, PLLC,
Charleston, West Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Joyce McKenzie appeals the district court's order dismissing her 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. McKenzie v. City of Wheeling, No. CA-03-153-5 (N.D.W. Va. July 15, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED